```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 14486
    SUZANNE M BJES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/15/2005 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 04/15/2005.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE     SECURED           13843.00          .00             .00
NISSAN MOTOR ACCEPTANCE     NOTICE ONLY      NOT FILED          .00             .00
AMERICAN EDUCATION SERVI    UNSECURED        NOT FILED          .00             .00
CAPITAL ONE BANK            UNSECURED        NOT FILED          .00             .00
CAPITAL ONE                 NOTICE ONLY      NOT FILED          .00             .00
PROVIDIAN                   UNSECURED        NOT FILED          .00             .00
PROVIDIAN FINANCIAL         NOTICE ONLY      NOT FILED          .00             .00
DENNIS G KNIPP              DEBTOR ATTY           .00                           .00
TOM VAUGHN                  TRUSTEE                                             .00
DEBTOR REFUND               REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          ---------------     ---------------
TOTALS                          .00                  .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 14486 SUZANNE M BJES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 08/24/05                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```