```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                      CASE NO. 05 B 14486
      SUZANNE M BJES
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
      SSN XXX-XX-5871


   --------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
   --------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 04/15/05 and confirmed on 06/10/05.

      2.  The case was converted to Chapter 7 after confirmation, 04/10/2008.

      3.  The Debtor paid a total of $   20368.00 .

      4.  The Trustee made disbursements to creditors as follows:


   --------------------------------------------------------------------------------
   CREDITOR NAME            CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
   --------------------------------------------------------------------------------
   NISSAN MOTOR ACCEPTANCE  NOTICE ONLY   NOT FILED           .00            .00
   NISSAN MOTOR ACCEPTANCE  SECURED        13843.00        1942.13       13843.00
   EDUCATION RESOURCES INST UNSECURED      66276.46           .00         1991.00
   CAPITAL ONE FINANCIAL    UNSECURED     NOT FILED           .00            .00
   RESURGENT CAPITAL SERVIC UNSECURED       9836.35           .00          295.50
   NISSAN MOTOR ACCEPTANCE  UNSECURED         16.19           .00             .50
   AFNI/VERIZON             FILED LATE         .00            .00            .00
   ROUNDUP FUNDING LLC      UNSECURED        246.77           .00            7.41
         Summary of disbursements:
   --------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
   --------------------------------------------------------------------------------
   TOTAL CLMS ALLOWED  13843.00          .00     76375.77         .00     90218.77
   PRINCIPAL PAID      13843.00          .00      2294.41         .00     16137.41
   INTEREST PAID        1942.13          .00          .00         .00      1942.13
   TOTAL PAID          15785.13          .00      2294.41         .00     18079.54
   The Debtor's attorney, DENNIS G KNIPP                , was allowed $   2200.00
   and was paid $    759.00   direct and $   1441.00   through the plan.

   The Trustee received $    847.46 .

   Refunds to the Debtor totaled $        .00 .

        Wherefore, the Trustee requests an order be entered discharging
   the Trustee and the surety on his bond from any further liability
   in this case.




      Dated: 07/21/08                  /S/
                                   GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 14486 SUZANNE M BJES